# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Curtis George,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        3:03-cv-556-2-MU

Sidney Harkleroad, et al.

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2005 Order.

**Signed: December 19, 2005**

Frank G. Johns, Clerk
United States District Court